United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 17-17560-mdc
Stacy M. Grisolia                                               Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: dlv              Page 1 of 2            Date Rcvd: Dec 20, 2017
                              Form ID: 309I          Total Noticed: 42
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 22, 2017.
```
db             +Stacy M. Grisolia,    1257 Radcliffe Street,    Bristol, PA 19007-5327
14010495       +Comcast,    PO Box 3001,    Southeastern, PA 19398-3001
14010497       +Debt Recovery Solution,    6800 Jericho Turnpike,    Syosset, NY 11791-4401
14010496       +Debt Recovery Solution,    Attention: Bankruptcy,    6800 Jericho Turnpike   Ste 113e,
                Syosset, NY 11791-4401
14010498       +EOS CCA,    PO Box 981025,    Boston, MA 02298-1025
14010499       +FBCS,    330 S. Warminster Road, Suite 353,    Hatboro, PA 19040-3433
14010501       +Health Network Laboratories,    PO Box 8500,   Lockbox #9581,    Philadelphia, PA 19178-0001
14010504       +Northland Group,    PO Box 390846,    Minneapolis, MN 55439-0846
14010510       +Recon Ortho Assoc II PC,    PO Box 757910,    Philadelphia, PA 19175-7910
14010511       +Rushmore Service Center,    PO Box 5507,    Sioux Falls, SD 57117-5507
14010517       +The CBE Group, Inc.,    Payment Processing Center,    PO Box 2038,    Waterloo, IA 50704-2038
14010520       +Trident Asset Management,    53 Perimeter Center East,    Atlanta, GA 30346-2287
14010519       +Trident Asset Management,    Attn: Bankruptcy,    Po Box 888424,    Atlanta, GA 30356-0424
14010522       +Verizon,    Po Box 650584,    Dallas, TX 75265-0584
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty             E-mail/Text: support@ymalaw.com Dec 21 2017 01:42:21      PAUL H. YOUNG,
                 Young, Marr & Associates,    3554 Hulmeville Road,    Suite 102,    Bensalem, PA  19020
tr             +E-mail/Text: bncnotice@ph13trustee.com Dec 21 2017 01:44:57      WILLIAM C. MILLER, Esq.,
                 Chapter 13 Trustee,    P.O. Box 1229,    Philadelphia, PA 19105-1229
smg             E-mail/Text: bankruptcy@phila.gov Dec 21 2017 01:44:15      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 21 2017 01:43:08
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 21 2017 01:43:58      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
ust            +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Dec 21 2017 01:43:34      United States Trustee,
                 Office of the U.S. Trustee,    833 Chestnut Street,    Suite 500,    Philadelphia, PA 19107-4405
14010493        E-mail/Text: bankruptcy@cavps.com Dec 21 2017 01:43:51      Cavalry Portfolio Services,
                 Po Box 27288,    Tempe, AZ 85285
14010490       +EDI: MERRICKBANK.COM Dec 21 2017 01:38:00      Cardworks/CW Nexus,    Attn: Bankruptcy,
                 Po Box 9201,    Old Bethpage, NY 11804-9001
14010491       +EDI: MERRICKBANK.COM Dec 21 2017 01:38:00      Cardworks/CW Nexus,    Po Box 9201,
                 Old Bethpage, NY 11804-9001
14010492       +E-mail/Text: bankruptcy@cavps.com Dec 21 2017 01:43:51      Cavalry Portfolio Services,
                 Attn: Bankruptcy Department,    500 Summit Lake Ste 400,    Valhalla, NY 10595-2322
14010494       +E-mail/Text: compliance@chaserec.com Dec 21 2017 01:45:06      Chase Receivables,
                 1247 Broadway,    Sonoma, CA 95476-7503
14010500       +EDI: AMINFOFP.COM Dec 21 2017 01:38:00      First Premier Bank,    601 S Minnesota Ave,
                 Sioux Falls, SD 57104-4868
14010503       +EDI: MID8.COM Dec 21 2017 01:38:00      Midland Funding,    2365 Northside Dr Ste 30,
                 San Diego, CA 92108-2709
14010502       +EDI: MID8.COM Dec 21 2017 01:38:00      Midland Funding,    Attn: Bankruptcy,    Po Box 939069,
                 San Diego, CA 92193-9069
14010508        EDI: PRA.COM Dec 21 2017 01:38:00      Portfolio Recovery,    120 Corporate Blvd Ste 1,
                 Norfolk, VA 23502
14010507        EDI: PRA.COM Dec 21 2017 01:38:00      Portfolio Recovery,    Po Box 41067,    Norfolk, VA 23541
14010509        EDI: PRA.COM Dec 21 2017 01:38:00      Portfolio Recovery Associates,    PO BOx 12914,
                 Norfolk, VA 23541
14016018        EDI: PRA.COM Dec 21 2017 01:38:00      Portfolio Recovery Associates, LLC,    POB 41067,
                 Norfolk VA 23541
14010824       +EDI: PRA.COM Dec 21 2017 01:38:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
14010506       +E-mail/Text: blegal@phfa.org Dec 21 2017 01:43:36      Pa Housing Finance Age,    211 N Front St,
                 Harrisburg, PA 17101-1406
14010505       +E-mail/Text: blegal@phfa.org Dec 21 2017 01:43:36      Pa Housing Finance Age,    Po Box 8029,
                 Harrisburg, PA 17105-8029
14010512       +E-mail/Text: bankruptcy@savit.com Dec 21 2017 01:45:07      Savit Coll,    Po Box 250,
                 East Brunswick, NJ 08816-0250
14010513       +EDI: CBS7AVE Dec 21 2017 01:38:00      Seventh Avenue,    Seventh Avenue, Inc,    1112 7th Ave,
                 Monroe, WI 53566-1364
14010514       +EDI: CBS7AVE Dec 21 2017 01:38:00      Seventh Avenue,    1112 7th Ave,    Monroe, WI 53566-1364
14010516       +EDI: WTRRNBANK.COM Dec 21 2017 01:38:00      Target,    Po Box 673,    Minneapolis, MN 55440-0673
14010515       +EDI: WTRRNBANK.COM Dec 21 2017 01:38:00      Target,    C/O Financial & Retail Srvs,
                 Mailstopn BT POB 9475,    Minneapolis, MN 55440-9475
14010518        EDI: TCISOLUTIONS.COM Dec 21 2017 01:38:00      Total Card, Inc.,    PO Box 89725,
                 Sioux Falls, SD 57109-9725
14010521       +EDI: VERIZONEAST.COM Dec 21 2017 01:38:00      Verizon,
                 Verizon Wireless Bankruptcy Administrati,    500 Tecnolgy Dr Ste 500,
                 Weldon Springs, MO 63304-2225
                                                                                              TOTAL: 28
```

```
District/off: 0313-2          User: dlv               Page 2 of 2              Date Rcvd: Dec 20, 2017
                              Form ID: 309I           Total Noticed: 42
```

***** BYPASSED RECIPIENTS (continued) *****

***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 20, 2017 at the address(es) listed below:

        MATTEO SAMUEL WEINER    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY
         bkgroup@kmllawgroup.com
        PAUL H. YOUNG    on behalf of Debtor Stacy M. Grisolia support@ymalaw.com, ykaecf@gmail.com,
         paullawyers@gmail.com,pyoung@ymalaw.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com

                                                                                                                                  TOTAL: 4

| **Information to identify the case:** | |
|---|---|
| Debtor 1  **Stacy M. Grisolia** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–3038 <br> EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing)   First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Eastern District of Pennsylvania** | Date case filed for chapter  **13**  **11/6/17** |
| Case number:  **17–17560–mdc** | |

## Official Form 309I
### Notice of Chapter 13 Bankruptcy Case                                                                 12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|
| 1. **Debtor's full name** | Stacy M. Grisolia | |
| 2. **All other names used in the last 8 years** | | |
| 3. **Address** | 1257 Radcliffe Street <br> Bristol, PA 19007 | |
| 4. **Debtor's attorney** <br> Name and address | PAUL H. YOUNG <br> Young, Marr & Associates <br> 3554 Hulmeville Road <br> Suite 102 <br> Bensalem, PA 19020 | Contact phone (215) 639–5297 <br> Email:  support@ymalaw.com |
| 5. **Bankruptcy trustee** <br> Name and address | WILLIAM C. MILLER, Esq. <br> Chapter 13 Trustee <br> P.O. Box 1229 <br> Philadelphia, PA 19105 | Contact phone 215–627–1377 <br> Email:  ecfemails@ph13trustee.com |
| 6. **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. <br> You may inspect all records filed in this case at this office or online at  www.pacer.gov. | 900 Market Street <br> Suite 400 <br> Philadelphia, PA 19107 | Office Hours:  Philadelphia Office –– 8:30 A.M. to 5:00 P.M Reading Office –– 8:00 A.M. to 4:30 P.M. <br> Contact phone (215)408–2800 <br> Date: 12/20/17 |

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **January 17, 2018 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**Suite 18–341, 1234 Market Street, Philadelphia, PA 19107** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 3/18/18** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 4/17/18** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 5/5/18** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. This plan proposes payment to the trustee of 440.00 per month for 60 months. **The hearing on confirmation will be held on: 2/22/18 at 9:30 AM Location:Courtroom #2 – 900 Market Street, Philadelphia, PA 19107** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |