January 4, 2018

To whom it may concern:

Stacy Grisolia is currently employed by my husband and myself as a nanny for our children – Jaiya 8 and Leila – 4.

Ms. Grisolia started with our family in July of 2017 and is currently under contract july of 2021, she earn a salary each week of $700.00 for a forty hour week anything over her 40 hours is paid hourly at a rate of $20.00.

Respectfully,

Greta Reinan-Patel

Shaleen Patel
23 Wilkinson Way
Princeton, NJ  08540

| Payday | Ref. No. |
|---|---|
| 7/28/2017 | Manual |

**Amount**

| |
|---|
| $585.25 |

## Manual Paycheck Voucher

*Payee*     **Stacy M. Grisolia**
          **1257 Radcliffe St.**
          **Bristol, PA 19007**

*Non-Negotiable*

Processed by HomePay

| Employer Name | SHALEEN PATEL | | | | | | SUI State | NJ | |
|---|---|---|---|---|---|---|---|---|---|
| Employee Name | Stacy M. Grisolia | | | | | | | | |
| Client No. | 79710 | Check No. | Manual | Start Date | 7/22/2017 | | Tax Status | Allow | Extra Withholding |
| Employee No. | 112368 | Net Pay | 585.25 | End Date | 7/28/2017 | Federal | Single | 3 | 0.00 |
| SSN No. | xxx-xx-3038 | Pay Frequency | Weekly | Pay Date | 7/28/2017 | PA | Not Available | X | 0.00 |

| Earnings | | | | | | Deductions | | | Other Additions (Deductions) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Current | | | Year-To-Date | | | Current | YTD | | Current | YTD |
| Description | Rate | Hours | Amount | Hours | Amount | Description | Amount | Amount | Description | Amount | Amount |
| Salary | 0.00 | 0.00 | 700.00 | 0.00 | 700.00 | FIT | 54.35 | 54.35 | Mileage Reimbursement ( | 20.00 | 20.00 |
| | | | | | | Social Security | 43.40 | 43.40 | | | |
| | | | | | | Medicare | 10.15 | 10.15 | | | |
| | | | | | | PA SIT | 21.49 | 21.49 | | | |
| | | | | | | NJ SDI | 1.68 | 1.68 | | | |
| | | | | | | NJ Family Leave Insuranc | 0.70 | 0.70 | | | |
| | | | | | | NJ SUI | 2.98 | 2.98 | | | |
| | | | | | | | 134.75 | 134.75 | | 20.00 | 20.00 |
| Totals: | | 0.00 | 700.00 | 0.00 | 700.00 | | | | | 20.00 | 20.00 |

P.O. Box 41690, Austin, TX 78704 . (888) 273-3356 . (512) 347-9331 fax . www.myHomePay.com

| Payday | Desc | Ref. No. |
|---|---|---|
| 8/4/2017 | | Manual |

**Shaleen Patel**
23 Wilkinson Way
Princeton, NJ  08540

**Amount**

| $618.33 |
|---|

## Manual Paycheck Voucher

*Payee*    **Stacy M. Grisolia**
**1257 Radcliffe St.**
**Bristol, PA 19007**

*Non-Negotiable*

Processed by HomePay

| | | | | | SUI State | NJ |
|---|---|---|---|---|---|---|
| **Employer Name** | SHALEEN PATEL | | | | | |

| | | | | | | Tax Status | Allow | Extra Withholding |
|---|---|---|---|---|---|---|---|---|
| **Employee Name** | Stacy M. Grisolia | | | | | | | |
| **Client No.** | 79710 | **Check No.** | Manual | **Start Date** | 7/29/2017 | | | |
| | | | | | | **Federal** | Single | 3 | 0.00 |
| **Employee No.** | 112368 | **Net Pay** | 618.33 | **End Date** | 8/4/2017 | | | |
| **SSN No.** | xxx-xx-3038 | **Pay Frequency** | Weekly | **Pay Date** | 8/4/2017 | PA | Not Available | X | 0.00 |

| Earnings | | | | | | Deductions | | | Other Additions (Deductions) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | **Current** | | | **Year-To-Date** | | | **Current** | **YTD** | | **Current** | **YTD** |
| **Description** | **Rate** | **Hours** | **Amount** | **Hours** | **Amount** | **Description** | **Amount** | **Amount** | **Description** | **Amount** | **Amount** |
| Salary | 0.00 | 0.00 | 745.00 | 0.00 | 1,445.00 | FIT | 61.10 | 115.45 | Mileage Reimbursement ( | 20.00 | 40.00 |
| Bonus | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Social Security | 46.19 | 89.59 | | | |
| | | | | | | Medicare | 10.80 | 20.95 | | | |
| | | | | | | PA SIT | 22.87 | 44.36 | | | |
| | | | | | | NJ SDI | 1.79 | 3.47 | | | |
| | | | | | | NJ Family Leave Insuranc | 0.75 | 1.45 | | | |
| | | | | | | NJ SUI | 3.17 | 6.15 | | | |
| | | | | | | | 146.67 | 281.42 | | 20.00 | 40.00 |
| Totals: | | 0.00 | 745.00 | 0.00 | 1,445.00 | | | | | | |

P.O. Box 41690, Austin, TX 78704 . (888) 273-3356 . (512) 347-9331 fax . www.myHomePay.com

**Shaleen Patel**
23 Wilkinson Way
Princeton, NJ  08540

| Payday | Ref. No. |
|---|---|
| 8/11/2017 | Manual |

**Amount**

| |
|---|
| $601.79 |

## Manual Paycheck Voucher

*Payee*     **Stacy M. Grisolia**
            **1257 Radcliffe St.**
            **Bristol, PA 19007**

*Non-Negotiable*

Processed by HomePay

| Employer Name | SHALEEN PATEL | | | | | | | SUI State | NJ | |
|---|---|---|---|---|---|---|---|---|---|---|
| Employee Name | Stacy M. Grisolia | | | | | | | | | |
| Client No. | 79710 | Check No. | Manual | Start Date | 8/5/2017 | | | Tax Status | Allow | Extra Withholding |
| Employee No. | 112368 | Net Pay | 601.79 | End Date | 8/11/2017 | Federal | Single | 3 | | 0.00 |
| SSN No. | xxx-xx-3038 | Pay Frequency | Weekly | Pay Date | 8/11/2017 | PA | Not Available | X | | 0.00 |

| Earnings | | | | | | Deductions | | | Other Additions (Deductions) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Current | | | Year-To-Date | | | Current | YTD | | Current | YTD |
| Description | Rate | Hours | Amount | Hours | Amount | Description | Amount | Amount | Description | Amount | Amount |
| Salary | 0.00 | 0.00 | 722.50 | 0.00 | 2,167.50 | FIT | 57.73 | 173.18 | Mileage Reimbursement ( | 20.00 | 60.00 |
| Bonus | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Social Security | 44.80 | 134.39 | | | |
| | | | | | | Medicare | 10.48 | 31.43 | | | |
| | | | | | | PA SIT | 22.18 | 66.54 | | | |
| | | | | | | NJ SDI | 1.73 | 5.20 | | | |
| | | | | | | NJ Family Leave Insuranc | 0.72 | 2.17 | | | |
| | | | | | | NJ SUI | 3.07 | 9.22 | | | |
| | | | | | | | 140.71 | 422.13 | | 20.00 | 60.00 |
| Totals: | | 0.00 | 722.50 | 0.00 | 2,167.50 | | | | | | |

P.O. Box 41690, Austin, TX 78704 . (888) 273-3356 . (512) 347-9331 fax . www.myHomePay.com

Shaleen Patel
23 Wilkinson Way
Princeton, NJ 08540

| Payday | Desc | Ref. No. |
|---|---|---|
| 8/18/2017 | | Manual |

| Amount |
|---|
| $585.26 |

## Manual Paycheck Voucher

*Payee*    **Stacy M. Grisolia**
**1257 Radcliffe St.**
**Bristol, PA 19007**

*Non-Negotiable*

Processed by HomePay

| Employer Name | SHALEEN PATEL | | | | | | SUI State | NJ | |
|---|---|---|---|---|---|---|---|---|---|
| Employee Name | Stacy M. Grisolia | | | | | | | | |
| Client No. | 79710 | Check No. | Manual | Start Date | 8/12/2017 | | Tax Status | Allow | Extra Withholding |
| Employee No. | 112368 | Net Pay | 585.26 | End Date | 8/18/2017 | Federal | Single | 3 | 0.00 |
| SSN No. | xxx-xx-3038 | Pay Frequency | Weekly | Pay Date | 8/18/2017 | PA | Not Available | X | 0.00 |

| Earnings | | | | | | Deductions | | | Other Additions (Deductions) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Current | | | Year-To-Date | | | Current | YTD | | Current | YTD |
| Description | Rate | Hours | Amount | Hours | Amount | Description | Amount | Amount | Description | Amount | Amount |
| Salary | 0.00 | 0.00 | 700.00 | 0.00 | 2,867.50 | FIT | 54.35 | 227.53 | Mileage Reimbursement ( | 20.01 | 80.01 |
| Bonus | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Social Security | 43.40 | 177.79 | | | |
| | | | | | | Medicare | 10.15 | 41.58 | | | |
| | | | | | | PA SIT | 21.49 | 88.03 | | | |
| | | | | | | NJ SDI | 1.68 | 6.88 | | | |
| | | | | | | NJ Family Leave Insuranc | 0.70 | 2.87 | | | |
| | | | | | | NJ SUI | 2.98 | 12.20 | | | |
| Totals: | | 0.00 | 700.00 | 0.00 | 2,867.50 | | 134.75 | 556.88 | | 20.01 | 80.01 |

P.O. Box 41690, Austin, TX 78704 . (888) 273-3356 . (512) 347-9331 fax . www.myHomePay.com

Shaleen Patel
23 Wilkinson Way
Princeton, NJ  08540

| Payday | Desc | Ref. No. |
|---|---|---|
| 8/25/2017 | | Manual |

**Amount**

| |
|---|
| $607.32 |

## Manual Paycheck Voucher

*Payee*    **Stacy M. Grisolia**
**1257 Radcliffe St.**
**Bristol, PA 19007**

*Non-Negotiable*

Processed by HomePay

| Employer Name | SHALEEN PATEL | | | | | SUI State | NJ | |
|---|---|---|---|---|---|---|---|---|
| Employee Name | Stacy M. Grisolia | | | | | | | |
| Client No. | 79710 | Check No. | Manual | Start Date | 8/19/2017 | | Tax Status | Allow | Extra Withholding |
| Employee No. | 112368 | Net Pay | 607.32 | End Date | 8/25/2017 | Federal | Single | 3 | 0.00 |
| SSN No. | xxx-xx-3038 | Pay Frequency | Weekly | Pay Date | 8/25/2017 | PA | Not Available | X | 0.00 |

| Earnings | | | | | | Deductions | | | Other Additions (Deductions) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Current | | | Year-To-Date | | | Current | YTD | | Current | YTD |
| Description | Rate | Hours | Amount | Hours | Amount | Description | Amount | Amount | Description | Amount | Amount |
| Salary | 0.00 | 0.00 | 730.00 | 0.00 | 3,597.50 | FIT | 58.85 | 286.38 | Mileage Reimbursement ( | 20.00 | 100.01 |
| Bonus | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Social Security | 45.26 | 223.05 | | | |
| | | | | | | Medicare | 10.58 | 52.16 | | | |
| | | | | | | PA SIT | 22.41 | 110.44 | | | |
| | | | | | | NJ SDI | 1.75 | 8.63 | | | |
| | | | | | | NJ Family Leave Insuranc | 0.73 | 3.60 | | | |
| | | | | | | NJ SUI | 3.10 | 15.30 | | | |
| Totals: | | 0.00 | 730.00 | 0.00 | 3,597.50 | | 142.68 | 699.56 | | 20.00 | 100.01 |

P.O. Box 41690, Austin, TX 78704 . (888) 273-3356 . (512) 347-9331 fax . www.myHomePay.com

**Shaleen Patel**
23 Wilkinson Way
Princeton, NJ  08540

| Payday | Desc | Ref. No. |
|--------|------|----------|
| 9/1/2017 | | Manual |

**Amount**

| |
|---|
| $585.25 |

# Manual Paycheck Voucher

*Payee*    **Stacy M. Grisolia**
**1257 Radcliffe St.**
**Bristol, PA 19007**

*Non-Negotiable*

Processed by HomePay

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Employer Name | SHALEEN PATEL | | | | | | SUI State | NJ |
| Employee Name | Stacy M. Grisolia | | | | | | | |
| Client No. | 79710 | Check No. | Manual | Start Date | 8/26/2017 | | Tax Status | Allow | Extra Withholding |
| Employee No. | 112368 | Net Pay | 585.25 | End Date | 9/1/2017 | Federal | Single | 3 | 0.00 |
| SSN No. | xxx-xx-3038 | Pay Frequency | Weekly | Pay Date | 9/1/2017 | PA | Not Available | X | 0.00 |

| Earnings | | | | | | Deductions | | | Other Additions (Deductions) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | **Current** | | | **Year-To-Date** | | | **Current** | **YTD** | | **Current** | **YTD** |
| **Description** | **Rate** | **Hours** | **Amount** | **Hours** | **Amount** | **Description** | **Amount** | **Amount** | **Description** | **Amount** | **Amount** |
| Salary | 0.00 | 0.00 | 700.00 | 0.00 | 4,297.50 | FIT | 54.35 | 340.73 | Mileage Reimbursement ( | 20.00 | 120.01 |
| Bonus | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Social Security | 43.40 | 266.45 | | | |
| | | | | | | Medicare | 10.15 | 62.31 | | | |
| | | | | | | PA SIT | 21.49 | 131.93 | | | |
| | | | | | | NJ SDI | 1.68 | 10.31 | | | |
| | | | | | | NJ Family Leave Insuranc | 0.70 | 4.30 | | | |
| | | | | | | NJ SUI | 2.98 | 18.28 | | | |
| Totals: | | 0.00 | 700.00 | 0.00 | 4,297.50 | | 134.75 | 834.31 | | 20.00 | 120.01 |

P.O. Box 41690, Austin, TX 78704 . (888) 273-3356 . (512) 347-9331 fax . www.myHomePay.com

Shaleen Patel
23 Wilkinson Way
Princeton, NJ  08540

| Payday | Desc | Ref. No. |
|---|---|---|
| 9/8/2017 | | Manual |

**Amount**

| |
|---|
| $618.32 |

## Manual Paycheck Voucher

*Payee*    **Stacy M. Grisolia**
**1257 Radcliffe St.**
**Bristol, PA 19007**

### *Non-Negotiable*

Processed by HomePay

| Employer Name | SHALEEN PATEL | | | | | | SUI State | NJ | |
|---|---|---|---|---|---|---|---|---|---|
| Employee Name | Stacy M. Grisolia | | | | | | | | |
| Client No. | 79710 | Check No. | Manual | Start Date | 9/2/2017 | | Tax Status | Allow | Extra Withholding |
| Employee No. | 112368 | Net Pay | 618.32 | End Date | 9/8/2017 | Federal | Single | 3 | 0.00 |
| SSN No. | xxx-xx-3038 | Pay Frequency | Weekly | Pay Date | 9/8/2017 | PA | Not Available | X | 0.00 |

| Earnings | | | | | | Deductions | | | Other Additions (Deductions) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Current | | | Year-To-Date | | | Current | YTD | | Current | YTD |
| Description | Rate | Hours | Amount | Hours | Amount | Description | Amount | Amount | Description | Amount | Amount |
| Salary | 0.00 | 0.00 | 745.00 | 0.00 | 5,042.50 | FIT | 61.10 | 401.83 | Mileage Reimbursement ( | 20.00 | 140.01 |
| Bonus | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Social Security | 46.19 | 312.64 | | | |
| | | | | | | Medicare | 10.81 | 73.12 | | | |
| | | | | | | PA SIT | 22.87 | 154.80 | | | |
| | | | | | | NJ SDI | 1.79 | 12.10 | | | |
| | | | | | | NJ Family Leave Insuranc | 0.75 | 5.05 | | | |
| | | | | | | NJ SUI | 3.17 | 21.45 | | | |
| Totals: | | 0.00 | 745.00 | 0.00 | 5,042.50 | | 146.68 | 980.99 | | 20.00 | 140.01 |

P.O. Box 41690, Austin, TX 78704 . (888) 273-3356 . (512) 347-9331 fax . www.myHomePay.com

Shaleen Patel
23 Wilkinson Way
Princeton, NJ 08540

| Payday | Desc Main Ref. No. |
|---|---|
| 9/15/2017 | Manual |

**Amount**

| | |
|---|---|
| | $585.25 |

## Manual Paycheck Voucher

*Payee*     **Stacy M. Grisolia**
            **1257 Radcliffe St.**
            **Bristol, PA 19007**

### *Non-Negotiable*

Processed by HomePay

| Employer Name | SHALEEN PATEL | | | | | | SUI State | NJ | |
|---|---|---|---|---|---|---|---|---|---|
| Employee Name | Stacy M. Grisolia | | | | | | | | |
| Client No. | 79710 | Check No. | Manual | Start Date | 9/9/2017 | | Tax Status | Allow | Extra Withholding |
| Employee No. | 112368 | Net Pay | 585.25 | End Date | 9/15/2017 | Federal | Single | 3 | 0.00 |
| SSN No. | xxx-xx-3038 | Pay Frequency | Weekly | Pay Date | 9/15/2017 | PA | Not Available | X | 0.00 |

| Earnings | | | | | | Deductions | | | Other Additions (Deductions) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Current | | Year-To-Date | | | Current | YTD | | Current | YTD |
| Description | Rate | Hours | Amount | Hours | Amount | Description | Amount | Amount | Description | Amount | Amount |
| Salary | 0.00 | 0.00 | 700.00 | 0.00 | 5,742.50 | FIT | 54.35 | 456.18 | Mileage Reimbursement ( | 20.00 | 160.01 |
| Bonus | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Social Security | 43.40 | 356.04 | | | |
| | | | | | | Medicare | 10.15 | 83.27 | | | |
| | | | | | | PA SIT | 21.49 | 176.29 | | | |
| | | | | | | NJ SDI | 1.68 | 13.78 | | | |
| | | | | | | NJ Family Leave Insuranc | 0.70 | 5.75 | | | |
| | | | | | | NJ SUI | 2.98 | 24.43 | | | |
| Totals: | | 0.00 | 700.00 | 0.00 | 5,742.50 | | 134.75 | 1,115.74 | | 20.00 | 160.01 |

P.O. Box 41690, Austin, TX 78704 . (888) 273-3356 . (512) 347-9331 fax . www.myHomePay.com

Shaleen Patel
23 Wilkinson Way
Princeton, NJ  08540

| Payday | Desc | Ref. No. |
|---|---|---|
| 9/22/2017 | | Manual |

**Amount**

| |
|---|
| $623.85 |

## Manual Paycheck Voucher

*Payee*    **Stacy M. Grisolia**
**1257 Radcliffe St.**
**Bristol, PA 19007**

*Non-Negotiable*

Processed by HomePay

| Employer Name | SHALEEN PATEL | | | | | SUI State | NJ | |
|---|---|---|---|---|---|---|---|---|
| Employee Name | Stacy M. Grisolia | | | | | | | |
| Client No. | 79710 | Check No. | Manual | Start Date | 9/16/2017 | | Tax Status | Allow | Extra Withholding |
| Employee No. | 112368 | Net Pay | 623.85 | End Date | 9/22/2017 | Federal | Single | 3 | 0.00 |
| SSN No. | xxx-xx-3038 | Pay Frequency | Weekly | Pay Date | 9/22/2017 | PA | Not Available | X | 0.00 |

| Earnings | | | | | | Deductions | | | Other Additions (Deductions) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Current | | | Year-To-Date | | | Current | YTD | | Current | YTD |
| Description | Rate | Hours | Amount | Hours | Amount | Description | Amount | Amount | Description | Amount | Amount |
| Salary | 0.00 | 0.00 | 752.50 | 0.00 | 6,495.00 | FIT | 62.23 | 518.41 | Mileage Reimbursement ( | 20.00 | 180.01 |
| Bonus | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Social Security | 46.65 | 402.69 | | | |
| | | | | | | Medicare | 10.91 | 94.18 | | | |
| | | | | | | PA SIT | 23.10 | 199.39 | | | |
| | | | | | | NJ SDI | 1.81 | 15.59 | | | |
| | | | | | | NJ Family Leave Insuranc | 0.75 | 6.50 | | | |
| | | | | | | NJ SUI | 3.20 | 27.63 | | | |
| Totals: | | 0.00 | 752.50 | 0.00 | 6,495.00 | | 148.65 | 1,264.39 | | 20.00 | 180.01 |

P.O. Box 41690, Austin, TX 78704 . (888) 273-3356 . (512) 347-9331 fax . www.myHomePay.com

Shaleen Patel
23 Wilkinson Way
Princeton, NJ  08540

| Payday | Desc | Ref. No. |
|--------|------|----------|
| 9/29/2017 | | Manual |

**Amount**

| |
|---|
| $585.25 |

## Manual Paycheck Voucher

*Payee*   **Stacy M. Grisolia**
          **1257 Radcliffe St.**
          **Bristol, PA 19007**

### *Non-Negotiable*

Processed by HomePay

| Employer Name | SHALEEN PATEL | | | | | | SUI State | NJ | |
|---|---|---|---|---|---|---|---|---|---|
| Employee Name | Stacy M. Grisolia | | | | | | | | |
| Client No. | 79710 | Check No. | Manual | Start Date | 9/23/2017 | | Tax Status | Allow | Extra Withholding |
| Employee No. | 112368 | Net Pay | 585.25 | End Date | 9/29/2017 | Federal | Single | 3 | 0.00 |
| SSN No. | xxx-xx-3038 | Pay Frequency | Weekly | Pay Date | 9/29/2017 | PA | Not Available | X | 0.00 |

| Earnings | | | | | | Deductions | | | Other Additions (Deductions) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Current | | | Year-To-Date | | | Current | YTD | | Current | YTD |
| Description | Rate | Hours | Amount | Hours | Amount | Description | Amount | Amount | Description | Amount | Amount |
| Salary | 0.00 | 0.00 | 700.00 | 0.00 | 7,195.00 | FIT | 54.35 | 572.76 | Mileage Reimbursement ( | 20.00 | 200.01 |
| Bonus | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Social Security | 43.40 | 446.09 | | | |
| | | | | | | Medicare | 10.15 | 104.33 | | | |
| | | | | | | PA SIT | 21.49 | 220.88 | | | |
| | | | | | | NJ SDI | 1.68 | 17.27 | | | |
| | | | | | | NJ Family Leave Insuranc | 0.70 | 7.20 | | | |
| | | | | | | NJ SUI | 2.98 | 30.61 | | | |
| Totals: | | 0.00 | 700.00 | 0.00 | 7,195.00 | | 134.75 | 1,399.14 | | 20.00 | 200.01 |

P.O. Box 41690, Austin, TX 78704 . (888) 273-3356 . (512) 347-9331 fax . www.myHomePay.com

Shaleen Patel
23 Wilkinson Way
Princeton, NJ  08540

| Payday | Desc | Ref. No. |
|---|---|---|
| 10/6/2017 | | Manual |

**Amount**

$607.32

## Manual Paycheck Voucher

*Payee*   **Stacy M. Grisolia**
          **1257 Radcliffe St.**
          **Bristol, PA 19007**

*Non-Negotiable*

Processed by HomePay

| Employer Name | SHALEEN PATEL | | | | | | SUI State | NJ | |
|---|---|---|---|---|---|---|---|---|---|
| Employee Name | Stacy M. Grisolia | | | | | | | | |
| Client No. | 79710 | Check No. | Manual | Start Date | 9/30/2017 | | Tax Status | Allow | Extra Withholding |
| Employee No. | 112368 | Net Pay | 607.32 | End Date | 10/6/2017 | Federal | Single | 3 | 0.00 |
| SSN No. | xxx-xx-3038 | Pay Frequency | Weekly | Pay Date | 10/6/2017 | PA | Not Available | X | 0.00 |

| Earnings | | | | | | Deductions | | | Other Additions (Deductions) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Current | | | Year-To-Date | | | Current | YTD | | Current | YTD |
| Description | Rate | Hours | Amount | Hours | Amount | Description | Amount | Amount | Description | Amount | Amount |
| Salary | 0.00 | 0.00 | 730.00 | 0.00 | 7,925.00 | FIT | 58.85 | 631.61 | Mileage Reimbursement ( | 20.00 | 220.01 |
| Bonus | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Social Security | 45.26 | 491.35 | | | |
| | | | | | | Medicare | 10.58 | 114.91 | | | |
| | | | | | | PA SIT | 22.41 | 243.29 | | | |
| | | | | | | NJ SDI | 1.75 | 19.02 | | | |
| | | | | | | NJ Family Leave Insuranc | 0.73 | 7.93 | | | |
| | | | | | | NJ SUI | 3.10 | 33.71 | | | |
| Totals: | | 0.00 | 730.00 | 0.00 | 7,925.00 | | 142.68 | 1,541.82 | | 20.00 | 220.01 |

P.O. Box 41690, Austin, TX 78704 . (888) 273-3356 . (512) 347-9331 fax . www.myHomePay.com

Shaleen Patel
23 Wilkinson Way
Princeton, NJ  08540

| Payday | Ref. No. |
|---|---|
| 10/13/2017 | Manual |

**Amount**

| $623.84 |
|---|

## Manual Paycheck Voucher

*Payee*     **Stacy M. Grisolia**
**1257 Radcliffe St.**
**Bristol, PA 19007**

*Non-Negotiable*

Processed by HomePay

| Employer Name | SHALEEN PATEL | | | | | | SUI State | NJ | |
|---|---|---|---|---|---|---|---|---|---|
| Employee Name | Stacy M. Grisolia | | | | | | | | |
| Client No. | 79710 | Check No. | Manual | Start Date | 10/7/2017 | | Tax Status | Allow | Extra Withholding |
| Employee No. | 112368 | Net Pay | 623.84 | End Date | 10/13/2017 | Federal | Single | 3 | 0.00 |
| SSN No. | xxx-xx-3038 | Pay Frequency | Weekly | Pay Date | 10/13/2017 | PA | Not Available | X | 0.00 |

| Earnings | | | | | | Deductions | | | Other Additions (Deductions) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Current | | | Year-To-Date | | | Current | YTD | | Current | YTD |
| Description | Rate | Hours | Amount | Hours | Amount | Description | Amount | Amount | Description | Amount | Amount |
| Salary | 0.00 | 0.00 | 752.50 | 0.00 | 8,677.50 | FIT | 62.23 | 693.84 | Mileage Reimbursement ( | 20.00 | 240.01 |
| Bonus | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Social Security | 46.66 | 538.01 | | | |
| | | | | | | Medicare | 10.91 | 125.82 | | | |
| | | | | | | PA SIT | 23.10 | 266.39 | | | |
| | | | | | | NJ SDI | 1.81 | 20.83 | | | |
| | | | | | | NJ Family Leave Insuranc | 0.75 | 8.68 | | | |
| | | | | | | NJ SUI | 3.20 | 36.91 | | | |
| Totals: | | 0.00 | 752.50 | 0.00 | 8,677.50 | | 148.66 | 1,690.48 | | 20.00 | 240.01 |

P.O. Box 41690, Austin, TX 78704 . (888) 273-3356 . (512) 347-9331 fax . www.myHomePay.com

Shaleen Patel
23 Wilkinson Way
Princeton, NJ  08540

| Payday Desc | Ref. No. |
|---|---|
| 10/20/2017 | Manual |

**Amount**

$585.25

## Manual Paycheck Voucher

*Payee*  **Stacy M. Grisolia**
**1257 Radcliffe St.**
**Bristol, PA 19007**

*Non-Negotiable*

Processed by HomePay

| Employer Name | SHALEEN PATEL | | | | | | SUI State | NJ | |
|---|---|---|---|---|---|---|---|---|---|
| Employee Name | Stacy M. Grisolia | | | | | | | | |
| Client No. | 79710 | Check No. | Manual | Start Date | 10/14/2017 | | Tax Status | Allow | Extra Withholding |
| Employee No. | 112368 | Net Pay | 585.25 | End Date | 10/20/2017 | Federal | Single | 3 | 0.00 |
| SSN No. | xxx-xx-3038 | Pay Frequency | Weekly | Pay Date | 10/20/2017 | PA | Not Available | X | 0.00 |

| Earnings | | | | | | Deductions | | | Other Additions (Deductions) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Current | | | Year-To-Date | | | Current | YTD | | Current | YTD |
| Description | Rate | Hours | Amount | Hours | Amount | Description | Amount | Amount | Description | Amount | Amount |
| Salary | 0.00 | 0.00 | 700.00 | 0.00 | 9,377.50 | FIT | 54.35 | 748.19 | Mileage Reimbursement ( | 20.00 | 260.01 |
| Bonus | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Social Security | 43.40 | 581.41 | | | |
| | | | | | | Medicare | 10.15 | 135.97 | | | |
| | | | | | | PA SIT | 21.49 | 287.88 | | | |
| | | | | | | NJ SDI | 1.68 | 22.51 | | | |
| | | | | | | NJ Family Leave Insuranc | 0.70 | 9.38 | | | |
| | | | | | | NJ SUI | 2.98 | 39.89 | | | |
| Totals: | | 0.00 | 700.00 | 0.00 | 9,377.50 | | 134.75 | 1,825.23 | | 20.00 | 260.01 |

P.O. Box 41690, Austin, TX 78704 . (888) 273-3356 . (512) 347-9331 fax . www.myHomePay.com

Shaleen Patel
23 Wilkinson Way
Princeton, NJ  08540

| Payday | Ref. No. |
|---|---|
| 10/27/2017 | Manual |

**Amount**

| |
|---|
| $565.25 |

## Manual Paycheck Voucher

*Payee*    **Stacy M. Grisolia**
**1257 Radcliffe St.**
**Bristol, PA 19007**

### *Non-Negotiable*

Processed by HomePay

| Employer Name | SHALEEN PATEL | | | | | | SUI State | NJ | |
|---|---|---|---|---|---|---|---|---|---|
| Employee Name | Stacy M. Grisolia | | | | | | | | |
| Client No. | 79710 | Check No. | Manual | Start Date | 10/21/2017 | | Tax Status | Allow | Extra Withholding |
| Employee No. | 112368 | Net Pay | 565.25 | End Date | 10/27/2017 | Federal | Single | 3 | 0.00 |
| SSN No. | xxx-xx-3038 | Pay Frequency | Weekly | Pay Date | 10/27/2017 | PA | Not Available | X | 0.00 |

| Earnings | | | | | | Deductions | | | Other Additions (Deductions) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Current | | | Year-To-Date | | | Current | YTD | | Current | YTD |
| Description | Rate | Hours | Amount | Hours | Amount | Description | Amount | Amount | Description | Amount | Amount |
| Salary | 0.00 | 0.00 | 700.00 | 0.00 | 10,077.50 | FIT | 54.35 | 802.54 | Mileage Reimbursement ( | 0.00 | 260.01 |
| Bonus | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Social Security | 43.40 | 624.81 | | | |
| | | | | | | Medicare | 10.15 | 146.12 | | | |
| | | | | | | PA SIT | 21.49 | 309.37 | | | |
| | | | | | | NJ SDI | 1.68 | 24.19 | | | |
| | | | | | | NJ Family Leave Insuranc | 0.70 | 10.08 | | | |
| | | | | | | NJ SUI | 2.98 | 42.87 | | | |
| Totals: | | 0.00 | 700.00 | 0.00 | 10,077.50 | | 134.75 | 1,959.98 | | 0.00 | 260.01 |

P.O. Box 41690, Austin, TX 78704 . (888) 273-3356 . (512) 347-9331 fax . www.myHomePay.com