# U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   STACY GRISOLIA            :   CHAPTER 13
                                   :
         Debtor                    :   BANKRUPTCY NO. 17-17560

## PRAECIPE TO WITHDRAW DOCUMENT

TO THE CLERK:

Kindly withdraw the above debtor's Amended Schedule J, docket number 29, filed by YOUNG, MARR & ASSOCIATES as wrong PDF file was uploaded.

/s/Paul H. Young
Paul H. Young, Esquire
Attorney for Debtor
3554 Hulmeville Road, Ste. 102
Bensalem, PA 19020

Date: September 4, 2018