# U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:   STACY GRISOLIA | : | CHAPTER 13 |
| | : | |
| Debtor(s) | : | BANKRUPTCY NO. 17-17560 |

## ORDER

AND NOW, upon consideration of the Debtor's Motion to Modify Confirmed Plan **(Doc. # 54)**, and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtor's Amended Chapter 13 Plan **(Doc. # 54)** is **APPROVED**.

Date: 8/8/19

Magdeline D. Coleman
Chief United States Bankruptcy Judge