# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                        Chapter 13

                        Bankruptcy No. 17-17560-MDC

STACY M GRISOLIA

1257 RADCLIFFE STREET

BRISTOL, PA 19007

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    STACY M GRISOLIA

    1257 RADCLIFFE STREET

    BRISTOL, PA 19007

Counsel for debtor(s), by electronic notice only.

    PAUL H YOUNG
    3554 HULMEVILLE RD
    SUITE 102
    BENSALEM, PA 19020

Date: 9/23/2019

                                              /S/ William C. Miller
                                              _____

                                              William C. Miller, Esquire
                                              Chapter 13 Standing Trustee