# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

         Chapter 13

         Bankruptcy No. 17-17560-MDC

  STACY M GRISOLIA

  1257 RADCLIFFE STREET

  BRISTOL, PA 19007

    Debtor

## <u>CERTIFICATE OF SERVICE</u>

  **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

 Debtor(s), at the address listed, by first class mail.

  STACY M GRISOLIA

  1257 RADCLIFFE STREET

  BRISTOL, PA 19007

Counsel for debtor(s), by electronic notice only.

  PAUL H YOUNG
  3554 HULMEVILLE RD
  SUITE 102
  BENSALEM, PA 19020

       /S/ William C. Miller

Date: 2/4/2020   _____

        William C. Miller, Esquire
        Chapter 13 Standing Trustee