# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Stacy M. Grisolia
                   Debtor(s)

PENNSYLVANIA HOUSING FINANCE AGENCY
               v.
Stacy M. Grisolia
             and
William C. Miller Esq.
             Trustee

Chapter 13

NO. 17-17560 MDC

## ORDER

AND NOW, this 23rd day of April 2021 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on June 27, 2019 it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow PENNSYLVANIA HOUSING FINANCE AGENCY and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 1257 Radcliffe Street Bristol, PA 19007.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

                                                    Magdeline D. Coleman
                                                    Chief U.S. Bankruptcy Judge

cc: See attached service list

Stacy M. Grisolia
1257 Radcliffe Street
Bristol, PA 19007

William C. Miller Esq.
Chapter 13 trustee
PO Box 1229
Philadelphia, PA 19105

Paul H. Young, Esq.
3554 Hulmeville Road
Suite 102
Bensalem, PA 19020

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532