# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                Chapter 13

                Bankruptcy No. 17-17560-MDC

STACY M GRISOLIA

1257 RADCLIFFE STREET

BRISTOL, PA 19007

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    STACY M GRISOLIA

    1257 RADCLIFFE STREET

    BRISTOL, PA 19007

Counsel for debtor(s), by electronic notice only.

    PAUL H YOUNG  
    3554 HULMEVILLE RD  
    SUITE 102  
    BENSALEM, PA 19020-

                                /S/ William C. Miller

Date: 5/5/2021                    _____

                                William C. Miller, Esquire  
                                Chapter 13 Standing Trustee