*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Stacy M. Grisolia
    Debtor(s)

Case No: 17−17560−mdc
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

*rescheduled *
Motion to Dismiss Case for Failure to Make Plan Payments Filed by WILLIAM C. MILLER, Esq. Represented by WILLIAM C. MILLER, Esq

on: 6/10/21

at: 09:30 AM

in:

For The Court

Date: 5/19/21

Timothy B. McGrath
Clerk of Court

97 − 94
Form 167