*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Stacy M. Grisolia
    Debtor(s)

Case No: 17–17560–mdc
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

Hearing rescheduled [94] Motion to Dismiss Case for Failure to Make Plan Payments Filed by WILLIAM C. MILLER, Esq. Represented by WILLIAM C. MILLER, Esq. (Counsel). . Hearing scheduled 6/24/2021 at 09:30 AM at nix2

on: 6/24/21

at: 09:30 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  6/11/21

Timothy B. McGrath
Clerk of Court

99 – 94
Form 167