**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  
STACY M GRISOLIA

Chapter 13

Debtor

Bankruptcy No. 17-17560-MDC

# O R D E R

AND NOW, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

June 24, 2021

_____  
Magdeline D. Coleman  
Chief U.S. Bankruptcy Judge

William C. Miller, Trustee  
P.O. Box 1229  
Philadelphia, PA  19105

Debtor's Attorney:  
PAUL H YOUNG  
3554 HULMEVILLE RD  
SUITE 102  
BENSALEM, PA 19020-

Debtor:  
STACY M GRISOLIA

1257 RADCLIFFE STREET

BRISTOL, PA 19007