United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                             Case No. 17-17560-mdc

Stacy M. Grisolia                                                                   Chapter 13

        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                                        User: admin                                        Page 1 of 3

Date Rcvd: Jun 24, 2021                              Form ID: pdf900                              Total Noticed: 45

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 26, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Stacy M. Grisolia, 1257 Radcliffe Street, Bristol, PA 19007-5327 |
| 14092121 | | CACH, LLC its successors and assigns as assignee, of General Electric Capital Corporation, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14010497 | + | Debt Recovery Solution, 6800 Jericho Turnpike, Syosset, NY 11791-4401 |
| 14010496 | + | Debt Recovery Solution, Attention: Bankruptcy, 6800 Jericho Turnpike Ste 113e, Syosset, NY 11791-4401 |
| 14010498 | + | EOS CCA, PO Box 981025, Boston, MA 02298-1025 |
| 14010499 | + | FBCS, 330 S. Warminster Road, Suite 353, Hatboro, PA 19040-3433 |
| 14010500 | + | First Premier Bank, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 14010501 | + | Health Network Laboratories, PO Box 8500, Lockbox #9581, Philadelphia, PA 19178-0001 |
| 14010504 | + | Northland Group, PO Box 390846, Minneapolis, MN 55439-0846 |
| 14010510 | + | Recon Ortho Assoc II PC, PO Box 757910, Philadelphia, PA 19175-7910 |
| 14010511 | + | Rushmore Service Center, PO Box 5507, Sioux Falls, SD 57117-5507 |
| 14010516 | + | Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 14010515 | + | Target, C/O Financial & Retail Srvs, Mailstopn BT POB 9475, Minneapolis, MN 55440-9475 |
| 14010517 | + | The CBE Group, Inc., Payment Processing Center, PO Box 2038, Waterloo, IA 50704-2038 |
| 14010519 | + | Trident Asset Management, Attn: Bankruptcy, Po Box 888424, Atlanta, GA 30356-0424 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jun 24 2021 23:44:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 24 2021 23:43:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jun 24 2021 23:44:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Jun 24 2021 23:49:58 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14010493 | | Email/Text: bankruptcy@cavps.com | Jun 24 2021 23:44:00 | Cavalry Portfolio Services, Po Box 27288, Tempe, AZ 85285 |
| 14010491 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 24 2021 23:49:36 | Cardworks/CW Nexus, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14010490 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 24 2021 23:49:36 | Cardworks/CW Nexus, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14010492 | + | Email/Text: bankruptcy@cavps.com | Jun 24 2021 23:44:00 | Cavalry Portfolio Services, Attn: Bankruptcy Department, 500 Summit Lake Ste 400, Valhalla, |

Case 17-17560-mdc   Doc 103   Filed 06/26/21   Entered 06/27/21 00:32:34   Desc
Imaged Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 24, 2021 | Form ID: pdf900 | Total Noticed: 45 |

| | | | | |
|---|---|---|---|---|
| | | | | NY 10595-2322 |
| 14049887 | + | Email/Text: bankruptcy@cavps.com | Jun 24 2021 23:44:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14010494 | + | Email/Text: compliance@chaserec.com | Jun 24 2021 23:44:00 | Chase Receivables, 1247 Broadway, Sonoma, CA 95476-7503 |
| 14010495 | + | Email/Text: documentfiling@lciinc.com | Jun 24 2021 23:43:00 | Comcast, PO Box 3001, Southeastern, PA 19398-3001 |
| 14092120 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 24 2021 23:50:00 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14010502 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 24 2021 23:43:00 | Midland Funding, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 14010503 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 24 2021 23:43:00 | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2709 |
| 14068014 | + | Email/Text: blegal@phfa.org | Jun 24 2021 23:44:00 | PENNSYLVANIA HOUSING FINANCE AGENCY, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14010508 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 24 2021 23:49:36 | Portfolio Recovery, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 14010507 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 24 2021 23:49:59 | Portfolio Recovery, Po Box 41067, Norfolk, VA 23541 |
| 14010509 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 24 2021 23:49:36 | Portfolio Recovery Associates, PO BOx 12914, Norfolk, VA 23541 |
| 14016018 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 24 2021 23:49:59 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14010824 | + | Email/PDF: rmscedi@recoverycorp.com | Jun 24 2021 23:50:15 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14010505 | + | Email/Text: blegal@phfa.org | Jun 24 2021 23:44:00 | Pa Housing Finance Age, Po Box 8029, Harrisburg, PA 17105-8029 |
| 14010506 | + | Email/Text: blegal@phfa.org | Jun 24 2021 23:44:00 | Pa Housing Finance Age, 211 N Front St, Harrisburg, PA 17101-1406 |
| 14039877 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 24 2021 23:44:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14010512 | + | Email/Text: bankruptcy@savit.com | Jun 24 2021 23:44:00 | Savit Coll, Po Box 250, East Brunswick, NJ 08816-0250 |
| 14010513 | + | Email/Text: bankruptcy@sccompanies.com | Jun 24 2021 23:44:06 | Seventh Avenue, Seventh Avenue, Inc, 1112 7th Ave, Monroe, WI 53566-1364 |
| 14010514 | + | Email/Text: bankruptcy@sccompanies.com | Jun 24 2021 23:44:06 | Seventh Avenue, 1112 7th Ave, Monroe, WI 53566-1364 |
| 14010518 | | Email/Text: bknotices@totalcardinc.com | Jun 24 2021 23:44:06 | Total Card, Inc., PO Box 89725, Sioux Falls, SD 57109-9725 |
| 14067239 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jun 24 2021 23:49:37 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14010522 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jun 24 2021 23:43:00 | Verizon, Po Box 650584, Dallas, TX 75265-0584 |
| 14010521 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jun 24 2021 23:43:00 | Verizon, Verizon Wireless Bankruptcy Administrati, 500 Tecnolgy Dr Ste 500, Weldon Springs, MO 63304-2225 |

TOTAL: 30

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Jun 24, 2021 | Form ID: pdf900 | Total Noticed: 45

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14010520 | ##+ | Trident Asset Management, 53 Perimeter Center East, Atlanta, GA 30346-2230 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 26, 2021      Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 24, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| KEVIN G. MCDONALD | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com |
| LEON P. HALLER | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com |
| MATTEO SAMUEL WEINER | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com |
| PAUL H. YOUNG | on behalf of Debtor Stacy M. Grisolia support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com |
| REBECCA ANN SOLARZ | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com  philaecf@gmail.com |

TOTAL: 7

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  
STACY M GRISOLIA

Chapter 13

Debtor

Bankruptcy No. 17-17560-MDC

# ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

June 24, 2021

_____  
Magdeline D. Coleman  
Chief U.S. Bankruptcy Judge

William C. Miller, Trustee  
P.O. Box 1229  
Philadelphia, PA  19105

Debtor's Attorney:  
PAUL H YOUNG  
3554 HULMEVILLE RD  
SUITE 102  
BENSALEM, PA 19020-

Debtor:  
STACY M GRISOLIA

1257 RADCLIFFE STREET

BRISTOL, PA 19007