**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Stacy M. Grisolia | : | Chapter 13 |
| | : | |
| Debtor | : | Bankruptcy No. 17-17560 |

## NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

Dilks & Knopik, LLC as assignee to Paul H. Young ("the Movant"), has filed a Motion for Order Directing Payment of Funds In Court Registry with the court requesting that the court order that certain funds held in the court registry be paid to Movant.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before March 1, 2024, you or your attorney must do all of the following:

    (a)  File an answer explaining your position at:

    Office of the Clerk of Court
    United States Bankruptcy Court
    900 Market Street, Suite 400
    Philadelphia, PA 19107

    If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b)  Mail a copy to the Movant's attorney:

    Jason Brett Schwartz, Esquire
    Attorney for Movant
    Friedman Vartolo LLP
    1325 Franklin Avenue, Suite 160
    Garden City, NY 11530
    212-471-5100 x 2106

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. A hearing on the motion is scheduled to be held before the Honorable Magdeline D. Coleman on **March 12, 2024 at 10:30 am  at 10:30 a.m in Courtroom 2**, United States Bankruptcy Court, 900 Market Street, Philadelphia, PA 19107.

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.

Date:  February 16, 2024              /s/ Jason Brett Schwartz
                                      Attorney for Movant
                                      Friedman Vartolo LLP
                                      1325 Franklin Avenue, Suite 160
                                      Garden City, NY 11530
                                      212-471-5100 x 2106