# RELEASE OF UF inre: 17-17560mdc - HRG SCHD 3/12/24 @ 10:30am



William C. Miller
Chapter 13 Standing Trustee
P.O. Box 40837
Philadelphia, PA 19107

No. 2530077

87-79
611

SunTrust Bank
Knoxville, TN

August 09, 2021

PAY**One Thousand Dollars and No Cents*********************************************
TO THE ORDER OF

AMOUNT    ******$1,000.00******
VOID AFTER November 07, 2021

CLERK OF THE COURT
IN RE:
900 MARKET ST STE 400
PHILA, PA 19107

*William C. Miller* (signature)

⑈2530077⑈ ⑆061100790⑆ 000000057520431⑈

---

William C. Miller, Chapter 13 Standing Trustee            Check No: 2530077
Pay to: CLERK  CLERK OF THE COURT
Please notify the Court & us of any changes made after filing of your claim (ex. account number, address, claim assignment, etc.)

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| 17-17560-MDC | 060-1 | STACY M GRISOLIA | | 0.00 | 1,000.00 | 0.00 | 1,000.00 |
| | | Original Check written to: PAUL H YOUNG 3554 HULMEVILLE RD SUITE 102 BENSALEM, PA 19020- | | | | | |

UNITED STATES
BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

# 256324    - YR

August 27, 2021
09:34:17

CASE INFO
17-17560-MDC13
Debtor.: STACY M. GRISOLIA
Judge..: MAGDELINE D. COLEMAN
Amount.:          $1,000.00 CH
Check#.: 2530077

Total-> $1,000.00

FROM: WILLIAM C. MILLER

William C. Miller
Chapter 13 Standing Trustee
P.O. Box 40837
Philadelphia, PA 19107

No. 2530078

87-79
611

SunTrust Bank
Knoxville, TN

August 09, 2021

PAY** One Thousand Dollars and No Cents************************************************

TO THE ORDER OF

AMOUNT ******$1,000.00******

VOID AFTER November 07, 2021

CLERK OF THE COURT
IN RE:
900 MARKET ST STE 400
PHILA, PA 19107-

*William C. Miller* (signature)

⑈2530078⑈ ⑆061100790⑆ 00000005752043⑈

---

William C. Miller, Chapter 13 Standing Trustee                Check No. 2530078
Pay to: CLERK  CLERK OF THE COURT
Please notify the Court & us of any changes made after filing of your claim  (ex. account number, address, claim assignment, etc.)

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| 17-17560-MDC | 000-2 | STACY M GRISOLIA<br>Original Check written to:<br>PAUL H YOUNG<br>3554 HULMEVILLE RD<br>SUITE 102<br>BENSALEM, PA  19020- | | 0.00 | 1,000.00 | 0.00 | 1,000.00 |

UNITED STATES
BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

# 256325        - YR

August 27, 2021
09:45:19

CASE INFO
17-17560-MDC13
Debtor.: STACY M. GRISOLIA
Judge..: MAGDELINE D. COLEMAN
Amount.:                    $1,000.00 CH
Check#.: 2530078

Total-> $1,000.00

FROM: WILLIAM C. MILLER