# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: Stacy M. Grisolia, | : | Chapter 13 |
| | : | |
| Debtor | : | Case No. 17-17560 (PMM) |
| | : | |

## ORDER

**AND NOW,** upon consideration of the Motion of Dilks & Knopik, LLC, as assignee to Debtor's counsel Paul Young, to return to it unclaimed funds in the amount of $2,000.00 (doc. # 105, the "Motion") and a hearing having been held on May 9, 2024,

it is hereby **ORDERED** that the Motion is **DENIED** because a timely fee application was not approved for the subject funds, and therefore, the unclaimed funds shall be **returned to the Debtor**.

Date: May 9, 2024

_/s/ Patricia M. Mayer_
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**