U.S. BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  STACY M. GRISOLIA | : | CHAPTER 13 |
| Debtor | : | NO. 17-17560pmm |

| | | |
|---|---|---|
| IN RE:  STACY M. GRISOLIA | : | CHAPTER 13 |
| Debtor | : | NO. 23-13715pmm |

### CERTIFICATION BY DEBTOR

I, Stacy M. Grisolia, hereby certify that I authorize the Clerk of Court to release all of the funds held from my previous Bankruptcy, Case No. 17-17560, to the full extent and to pay those funds directly to the Office of the Chapter 13 Standing Trustee, Kenneth West, to be applied to my trustee payments in my current Bankruptcy Case No. 23-13715.

I further certify that I understand that upon this Court's approval of the payment of the unclaimed funds held in Case No. 17-17560 and to be paid to the Trustee in Case No. 23-13715, the funds shall be distributed directly to Kenneth West, Trustee, to be applied to the balance of my Chapter 13 plan in my current Bankruptcy case.

Respectfully Submitted:

_____
Stacy Grisolia
Debtor

Dated: May 9, 2024